Sofi Weinstein, Respondent, *v.* The Singer Manufacturing Company, Appellant.

Appeal from an order entered on the 15th day of August, 1907, denying the defendant's motion for a new trial made upon newly-discovered evidence.

Per Curiam: As we have reversed the judgment in this action and ordered a new trial (121 App. Div. 708) it is unnecessary to consider the questions presented on this appeal. The order will be affirmed, without costs. Present — Patterson, P. J., Ingraham, Clarke, Scott and Lambert, JJ. Order affirmed, without costs.

---

Alexander Duer Irving and Others, Appellants, Respondents, *v.* Royal Exchange Assurance of London, Respondent, Appellant. (No. 1.)

*Evidence — interrogatories settled.*

Cross-appeals from an order of Special Term settling interrogatories.

Per Curiam: The order appealed from must be reversed in so far as appealed from by plaintiffs, and the 7th, 8th and 9th interrogatories to be addressed to Sir Neville Lubbock, William N. Whymper and E. H. Britton allowed and settled as originally proposed by plaintiffs. The order must be affirmed in so far as appealed from by defendant, and the 3d, 4th, 5th, 6th, 11th, 12th, 13th, 14th, 15th

and 16th interrogatories proposed to be propounded to the above-named witnesses, and the 4th interrogatory to be addressed to the witness H. O. Guernsey, allowed and settled, with ten dollars costs and disbursements to the plaintiffs, appellants. Present — Patterson, P. J., Ingraham, McLaughlin, Houghton and Scott, JJ. On plaintiffs' appeal, order reversed and order entered as stated in opinion; on defendant's appeal, order affirmed, and order entered as stated in opinion, with ten dollars costs and disbursements to plaintiffs.　Settle order on notice.

———

Jesse L. Boskowitz, as Administrator, etc., of Ignatz Boskowitz, Deceased, Respondent, v. Joseph H. Sulzbacher, Appellant, Impleaded with Others. (No. 3.)—Order affirmed, with ten dollars costs and disbursements.　No opinion.